UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHN RAY ALANIZ,<br><br>Plaintiff,<br><br>v.<br><br>FOY O'BRIEN, et al.,<br><br>Defendants. | No. 5:26-CV-012-H |

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court dismiss with prejudice the plaintiff's claims, except his claims for declaratory and injunctive relief—which should be dismissed without prejudice for lack of standing. Dkt. No. 131. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's FCR only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Court dismisses with prejudice the plaintiff's claims, except his claims for declaratory and injunctive relief, which the Court dismisses without prejudice for lack of standing.

So ordered on November 23, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE